Communications, for some of you, can be as hard as it can be. We need to cooperate and consult with each other as best we can. And so, we need to consult with our communities, and we need to work hard to make sure that we can make all of these decisions. This brings me to a point where communication is probably one of some of the biggest issues. I think it's important to focus most of the time on issues, such as the worst-hit questions, rather than on issues. This is an issue that we all face, and it's an issue that we all need to address. And we need to be able to plan to make sure that we can respond in a way that's fair to all of us. And so, we need to try and think about ways that we can make the most sense of our communications. First, this case involves a voluntary transition of hospitalized, physically handicapped patients in the American Medical Association. Some of you may know them. And this is such a serious case. It's a very, very, very serious case. And of course, the voluntary transition is going to be a response to the conditions of unemployment, burdens, and income barriers. This court needs to involve folks that are coming in from services, including pediatricians, and then, of course, the services that are being provided. So, this is a very, very serious case. And so, we need to be able to plan as best we can to make sure that we can respond in a fair way. So, to prepare for this court, first of all, it's crucial that we recognize that this case was on force and that we need to figure out how much it's a serious case because it's more than just a very common case. It's a very important case. Also, there is a response to this court that we need to make sure that it's a serious case. What's your name and address, please? I'm John. I'm a court officer. I'm a marshal in the city. Research on what's said on people's state transition and technically the work that's started on that case is being seen in two different groups. The state's hearing and the jurisdiction. I'm a state attorney. I'm a lawyer. I'm a lawyer. I'm a lawyer. I'm a lawyer. I'm a lawyer. I'm a lawyer. So you don't say any more advisories because you, honestly, have understanding of the expressor. So that information that's on the area can produce the situation to clear some of these premises, so that there is more freedom of in Isn't that important? Yes, and so for a lot of these 있어요, a lot of these resursors will come in part of standard of remain which is somewhat binding for us. That is, when the district court's factual findings in this particular situation must be reviewed for the area. So what the district court come up with the facts in this situation, we cannot just substitute our own view in the situation. Yes, we can use that. So these are reasons here, and there are factual findings here which the court made that we're not going to be able to do. And one of them, I think, is really the extent of the if you will, influence of the drug. Yes, yes. There was a doctor who said he was worked and oriented when he spoke with the agent. That's what the doctor said. The nurse said not taking any drugs that would alter his thinking would make him sleepy, fully able to think. So the district court had that well in front of it, and I can't confirm it yet, but when determining that your client was able to understand and be able to learn an orientation, that's what the district court said. Yes, yes. And he's been practicing sleeping all the time just to be able to communicate and speak. Okay. He did communicate how to speak, but he communicated at the last meeting, not at the next. There are some things that a drug addict needs to be able to do. He needs to be able to drink, to be able to communicate, to be able to speak, and not to sit in a corner and drink. When he was asked if he wanted to drink, he obviously answered, he said, I can't wait until I get my voice back and then you can talk to me. And then he changed his mind and got into the motor space, and that's what the district court said. I would rather have the agent write it down than have the agent didn't write it down. And so if the agent asked if he wanted to write a false letter, he said no. What he did write down or the agent didn't write down was the letters where he brings them to me. In this situation, you have to essentially increase the amount of communication that you have with your system members because you expect the rest of your people to serve their shorts. Because the state, you know, the state is not funding communication. There's lots of knowledge around communication or it wasn't. And the problem is that the court does and was communicating by writing a letter to the question of how much of this information was used. I don't know what he told her. I realize he apologized. I'm not sure why. I never really discussed as such. But it was a lot of what was changed was signed on this paper about how much was basically used and what was really quite concerning to me. So I didn't tell her that was an accident, that was a fraud. It was an accident. And all these companies, HBO, there's a whole bunch of procedures that are required in the inter-agency to get the information. So you have to report that. But he has his own personal history and his own time. There's no institutional or any kind of certificate that actually says that you started to use or that it was a fraud. And that's why I have to react to these issues on a day-to-day basis. Oh, that makes sense. I'm sorry. It makes sense. It makes sense. And I think that's part of the inter-agency. For instance, the fee is paid by HBO's All those are facts which the district court found based on the testimony that was given. And therefore, the district court came to the idea that he was not doing sufficient statements. And my biggest problem with your argument is if I have to live the district court in fear of errors, errors, factual findings, I would probably suggest there's clear error here. I think there's a lot of clear error. First, it's a question of whether a district court is going to be able to make a clear error. But there are all the evidence that suggests that the district court is going to be able to speak any questions at all from the standpoint of seriousness. No, I think people don't understand. It's all the more than I have now sitting giving you the facts that I have in this record that the district court has found and articulated and said these are the facts which are driving my decision. Two different circumstances this person was visited. Two different circumstances where the district court had to weigh facts and make this decision. The facts the district court weighed and I cannot undo and thus clear error. But I have moved my standards to those facts which are being discussed. And these questions I think and that's why we brought these questions here we're talking about an overview of the violations of criminal involuntariness as to the clearance the district court found. I mean, I know that my colleagues in the past have tried to get rid of this filter and standard to reveal what's to go or what's clear error. My colleagues in the past have been trying to get into it and make their own opinion on how to clear. That's not the law. The law is the nature of involuntariness to go under a gap in the facts and the facts that look the same in the clear error. So, I see. I see. I see. I agree with   District Court found. I'm happy to hear any concerns that you have regarding any questions that you do have on your case. I do have a few questions for you. My first question is about the alcohol. In 2013, the Department of Health published a review of alcohol in the United States. Do you have any case studies that support any alcohol use? And do you have any case studies  support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any  case studies that        have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies  support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any  use? And do you have any case studies that support any alcohol use? And do you have any case studies   any  use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any  use? And do you have any case studies that  any alcohol use? And do you have any case studies that support any alcohol use? And do you      have any case studies that support any alcohol   do you have any case studies that support any alcohol use? And do you have any case studies that support any  use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any  studies that support   use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use?  do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use?         support any alcohol use? And do you have any case studies that support any alcohol use? And do you have  case  that   alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that   alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any  use? And do you have any case studies that support any alcohol use? And do you have any case  that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any   And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you          And do you have any case studies that support any alcohol use? And do you have any case studies that support any  use? And do you  any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do  have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies       do you have any case studies that support any alcohol use? And do you have any case studies that support any  use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies  support   use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do  have any case studies   any alcohol use? And do you have any case studies that support any alcohol use? And do you  have  case studies that support any alcohol use?  do you have any case studies that support any alcohol use? And do you have any case studies that  any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have  case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support  alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And  you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you         have          do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do  have  case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you  any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol    you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use?   you have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies   any alcohol use? And do you have any case studies that support any alcohol use? And do you     have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that          case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do  have any case studies that support any alcohol use? And do you have any case studies that support any alcohol use? And do you have any case studies that        have any case studies that support any alcohol use? And do you have any case studies that support any           support any alcohol use? And do you have any case studies that support any alcohol use? And do you
judges: Berzon, N.R. Smith, Zouhary